court of chancery. Of such an estate the wife is not entitled to dower. The husband was not seised of an estate of inheritance in the lands.

If there had been any proof of fraud, that this was done to defeat the wife of her dower, then the case might have stood differently; but there is no positive proof of fraud, and suspicious circumstances are not sufficient ground for a decree.

The petition must be dismissed.

---

MARK DAVIS, Administrator of Elizabeth Davis, v. MARY DAVIS.

Court of Chancery. Sussex. July 28, 1823.

*Ridgely's Notebook IV, 243.*

[For this case, see 1 Del.Ch. 256.]

CANNON SMITH v. WASHINGTON NICOLS et al.

Court of Chancery. Sussex. July 29, 1823.

*Ridgely's Notebook IV, 245.*

[THE JUDICIARY.]

*Ridgely's Notebook IV, 252.*

High Court of Errors and Appeals.

Monday, August 4, 1823.

The Court met. Present: RIDGELY, CHANCELLOR; JOHNS, Chief Justice of the Supreme Court; BOOTH, Chief Justice of the